# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| Moaze IBRAHIM | ) | Case No.  8:17-MJ-581 (GLF) |
| | ) | |
| Defendant | ) | |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 30 2017
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 29, 2017 in the county of Clinton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Transport and move or attempt to transport and move alien(s) within the United States by means of motor vehicle transportation in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) |

This criminal complaint is based on these facts:
On or about December 29, 2017, the defendant, Moaze IBRAHIM, knowingly and in reckless disregard of the fact that, Hachim RACHID, an alien, had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien within the United States by means of transportation, in furtherance of such violation of law.

☒   Continued on the attached sheet.

_____
Complainant's signature

Matthew Robischon, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:   December 30, 2017         _____
                                              Judge's signature

City and State:   Plattsburgh, NY         Hon. Gary L. Favro, U.S. Magistrate Judge
                                                     Printed name and title

*United States of America v. Moaze IBRAHIM*

On December 29, 2017, Swanton Sector dispatch, also known as "KAD 640", advised agents that a citizen on Locust Street, which is an extension of Perry Mills Road, in the Town of Champlain reported that a Virginia plated black sport utility vehicle (SUV) had pulled into his driveway and the driver asked him how to get to Glass Road. Glass Road is a north/south border road. A short time later, "KAD 640" reported images of a subject walking southbound from the United States/Canada border in the vicinity of Glass Road. Glass Road is approximately two (2) miles to the west of the Champlain Port of Entry and only a three (3) minute drive to Locust Street.

Agent Mark Grabda initiated surveillance of Glass Road and watched as a SUV drove up Glass Road from Perry Mills Road, turn around and travel back towards Perry Mills Road in the span of just a few minutes.

Agent Grabda initiated a vehicle stop on a Virgina plated black sport utility vehicle (VYY4270) near the intersection of Perry Mills Road and Missile Base Road, identified himself as a United States Border Patrol Agent and questioned the subjects as to their citizenship. The driver was identified as Moaze IBRAHIM and he is also the registered owner. IBRAHIM presented a Virginia driver's license. At the station, a fingerprint search of IBRAHIM in Department of Homeland Security databases showed that he is a national of Saudi Arabia, citizen of Mali and an alien legally present in the United States. IBRAHIM is scheduled to appear before an immigration judge on February 1, 2018 to face the charge of termination of conditional permanent residence.

The sole passenger was identified Hachim RACHID who is a national of Saudi Arabia and a citizen of Mali. A fingerprint search of RACHID in Department of Homeland Security databases show that RACHID has never been admitted to the United States. Department of State records show that he was denied a United States visa. RACHID was in possession of a Canadian Rail ticket in his name which was dated December 27, 2017.

RACHIDS backpack was covered in burdocks and his boots and socks appeared to be semi-frozen. Not long after his arrest, RACHID was treated and released for cold exposure at Champlain Valley Physicians Hospital.

After the vehicle stop, BPA's Smith and DeLeon followed one set of footprints from the border southbound approximately 200 yards to the edge of Glass Road and it was at this point the footprints vanished.

At the station, IBRAHIM was advised that he was under arrest for alien smuggling and he uttered it is not alien smuggling because my friend asked for a ride so I picked him up. IBRAHIM later requested counsel after being advised of *Miranda.*

RACHID is a citizen of Mali who illegally entered the United States at a place not designated as a port of entry and United States immigration records show that RACHID has never received a visa or any other kind of United States immigration documents that would allow him to enter legally.